1
2
3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA L. ANNIS, an individual,<br><br>                    Plaintiff,<br><br>    v.<br><br>AMICA MUTUAL INSURANCE COMPANY, AMICA PROPERTY AND CASUALTY INSURANCE COMPANY, AMICA LLOYD'S OF TEXAS, AND AMICA GENERAL AGENCY, LLC, insurance companies doing business in Washington,<br>                    Defendant. | NO:  2:15-CV-0226-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 15).  The parties jointly stipulate that this matter has been fully compromised and settled and move the Court to dismiss the case with prejudice and without costs to the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**ACCORDINGLY, IT IS ORDERED:**

1. All claims are **DISMISSED** with prejudice and without costs to the parties.

ORDER OF DISMISSAL ~ 1

2. All pending motions are **DENIED** as moot and all pending hearing and trial dates are stricken from the Court's calendar.

3. The District Court Executive shall enter this order, provide copies to counsel, and **CLOSE** the file.

Dated September 15, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2